## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN,<br><br>        Plaintiff,<br><br>v.<br><br>POPE RESOURCES, A DELAWARE LIMITED PARTNERSHIP, WILLIAM R. BROWN, JOHN E. CONLIN, SANDY D. MCDADE, MARIA M. POPE, and THOMAS M. RINGO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:20-cv-00387-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Shiva Stein ("Plaintiff"), by counsel, hereby gives notice that she is dismissing all claims in the above-captioned matter (the "Action"), with prejudice. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Respectfully submitted,

RIGRODSKY & LONG, P.A.

Dated: April 29, 2020

*s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

OF COUNSEL:

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (21) 686-0114
Email: melwani@whafh.com

*Attorneys for Plaintiff*